IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN ADAMS,
     Plaintiff,

v.                          Case No.: 3:19cv472/MCR/EMT

ANOTHER BROKEN EGG OF
AMERICA FRANCHISING, LLC,
f/k/a ANOTHER BROKEN EGG OF
AMERICA, LLC,
     Defendant.
_____/

## REPORT AND RECOMMENDATION

     This action, brought pursuant to the Family and Medical Leave Act of 1993, is before the court upon referral from the district judge (ECF No. 21).   As the district judge set forth in the order of referral, Plaintiff's counsel was granted permission to withdraw from representing Plaintiff on January 2, 2020 (*id.*).   Plaintiff thus is proceeding pro se.   In the motion to withdraw, Plaintiff's counsel stated they were unable to contact Plaintiff by telephone, electronic communication, and mail and therefore notified Plaintiff they intended to withdraw from representing him (ECF No. 18).[1]   Thereafter, Plaintiff contacted counsel to apologize for the lack of

---

[1] Telephone calls and electronic communications went unanswered, and mail was returned as undeliverable (*id.*).

Case No.: 3:19cv472/MCR/EMT

response and inquire as to the next step he needed to take regarding the case (*id.*). Counsel referred Plaintiff to the Florida State Bar to find alternative counsel (*id.*).

Based on counsel's representations, and the fact that counsel had not appeared on Plaintiff's behalf and no activity had occurred in the case since counsel was allowed to withdraw on January 2, 2020, the undersigned entered an order on February 11, 2020, questioning Plaintiff's intent and/or ability to proceed with the matter (ECF No. 22).  The undersigned directed Plaintiff to submit a status report within thirty days advising the court as to whether he intends to pursue the matter and, if so, confirming his current address.  The undersigned also specifically advised Plaintiff that should he fail to comply with the order, or should the order be returned as undeliverable, the undersigned would recommend, without further notice, that the matter be dismissed (*id.*).  This order was mailed to Plaintiff at 734 Legion Drive, Unit 44, in Destin, Florida, the address provided by Plaintiff's former counsel (*see* ECF Nos. 20, 24).

The order was returned to the court stamped "return to sender;" "not deliverable as addressed," and "unable to forward" (ECF No. 24).  Based on the Court's inability to contact Plaintiff, the issuance of any further orders would be

---

futile.

Accordingly, it is respectfully **RECOMMENDED**:

1.     That this matter be **DISMISSED WITHOUT PREJUDICE** for

Plaintiff's failure to comply with an order of the court and failure to keep the Court

apprised of his mailing address.

2.     That the clerk be directed to close the file.

At Pensacola, Florida this 23ʳᵈ day of March 2020.


*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.   Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.   A copy of objections must be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**