**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN ADAMS,

     Plaintiff,

v.                                                                    CASE NO. 3:19cv472-MCR-EMT

ANOTHER BROKEN EGG OF
AMERICA FRANCHISING, LLC,
f/k/a ANOTHER BROKEN EGG OF
AMERICA, LLC,

     Defendant.
_____/

**O R D E R**

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 23, 2020. ECF No. 25. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

     Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court and failure to keep the Court apprised of his mailing address.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of May 2020.

                      s/ *M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**